### 14509. SOUTHERN FLOUR & GRAIN CO. v. SMITH CO.

BROYLES, C. J. The present bill of exceptions complains of the overruling of a general demurrer to the plaintiff's petition. There is now pending in this court a previous bill of exceptions complaining of the overruling of another general demurrer to the same petition. It is obvious that the present bill of exceptions cannot be maintained.

*Writ of error dismissed. Luke and Bloodworth, JJ., concur.*

DECIDED JUNE 12, 1923.

Action for breach of contract; from Fulton superior court — Judge Bell. January 31, 1923.

*W. A. Sutherland, Jones, Evins & Moore,* for plaintiff in error. *Norman I. Miller,* contra.